United States District Court
Southern District of Texas
**ENTERED**
May 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ELIZABETH VELAZQUEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:16-CV-471 |
| § | |
| PRADYUMNA MUMMADY, M.D., § | |
| § | |
| Defendant. § | |

# <u>ORDER</u>

BE IT REMEMBERED that on May 1, 2017, the Court considered the Parties' Stipulation of Dismissal (Dkt. No. 14) in the above-captioned cause. Plaintiff Elizabeth Velazquez ("Velazquez") and Defendant Pradyumna Mummady ("Mummady") stipulate that "all matters in controversy as to all parties to this cause have been compromised and settled, and as a result of said settlement all parties have agreed that this cause should be dismissed with prejudice." Dkt. No. 14 at 1.

Federal Rule of Civil Procedure 41 states, in part, that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "[A] voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (quoting *Ramming v. Natural Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004)).

The Stipulation of Dismissal is signed by counsel for Velazquez and counsel for Mummady. Dkt. No. 14 at 2. In accordance with the Stipulation of Dismissal and Rule 41(a)(1)(A)(ii), the Court **ORDERS** that the above-titled and numbered cause be **DISMISSED WITH PREJUDICE** to the rights of the Plaintiff to reassert this

cause, or any claims related to or made a part thereof, and the costs of court herein are taxed against the party incurring same.

The Court further **DIRECTS** the Clerk to close the case.

SIGNED this 1st day of May, 2017.

                                                            _____
                                                            Hilda Tagle
                                                            Senior United States District Judge